# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>   Plaintiff,<br><br>   v.<br><br>SCHOOL DISTRICT OF IVER, et al.,<br><br>   Defendants. | Case No. 1:19-cv-01292-AWI-BAM<br><br>ORDER DIRECTING SUBMISSION OF CERTIFIED TRUST ACCOUNT STATEMENT |

Plaintiff Christian David Ento ("Plaintiff"), a county jail inmate proceeding pro se, filed this civil action on September 16, 2019. (Doc. 1.) Plaintiff also filed an application seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the application was not complete.

Plaintiff is advised that a prisoner who brings a civil action in forma pauperis is required to pay the full amount of the filing fee in installments when funds are available in his prison trust account. 28 U.S.C. § 1915(b)(1). Although Plaintiff filed the requisite affidavit to proceed in forma pauperis, he failed to submit a certified copy of his trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate correctional official. 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall submit a copy certified copy of his prison trust account statement that covers the 6-month period immediately preceding the filing of this action.

1

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: __**October 4, 2019**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE