UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>Plaintiff,<br><br>v.<br><br>SCHOOL DISTRICT OF IVER, et al.,<br><br>Defendants. | Case No. 1:19-cv-01292-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. Nos. 3, 4) |

Plaintiff Christian David Ento ("Plaintiff"), a county jail inmate proceeding pro se in this civil matter, initiated this action on September 16, 2019. (Doc. 1).

On December 3, 2019, the assigned magistrate judge issued findings and recommendations that this action be dismissed without prejudice based on Plaintiff's failure to obey the Court's October 4, 2019 order to submit a certified copy of his prison trust account statement and his failure to prosecute this action. (Doc. No. 4.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. The time to file objections has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 3, 2019 findings and recommendations (Doc. No. 4) are adopted in full;
2. This action is dismissed, without prejudice, based on Plaintiff's failure to comply with the Court's order of October 4, 2019, and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 17, 2020

SENIOR DISTRICT JUDGE